# ALABAMA COURT OF CRIMINAL APPEALS



August 9, 2024

**CR-21-0410**
Lavacus Derrell Hooks v. State of Alabama (Appeal from Montgomery Circuit
Court: CC-19-1351)

## <u>NOTICE</u>

You are hereby notified that on August 9, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk